UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 1:26-cv-02042-KES-CDB<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE<br><br>(Doc. 7)<br><br>ORDER DIRECTING PLAINTIFF TO SERVE COPY OF ORDER ON DEFENDANT AND FILE PROOF OF SERVICE |

Plaintiff Lori Chavez-Deremer ("Plaintiff") initiated this action with the filing of a complaint on March 13, 2026, against Defendant United States Postal Service ("Defendant" or "USPS"). (Doc. 1).

Pending before the Court is Plaintiff's *ex parte* motion to continue the June 10, 2026, initial scheduling conference, filed on May 29, 2026. (Doc. 7). Plaintiff represents that the United States Attorney for the relevant district was served on March 26, 2026, and the remaining Defendant officers was made on April 7, 2026, making the time for Defendants' answers due on June 8, 2026. *Id.* at 2 (citing Fed. R. Civ. P. 12(a)(3)). Plaintiff seeks to continue the scheduling conference to allow time for Defendants to enter an appearance and prepare for the scheduling conference, including the completion of the scheduling conference worksheet. *Id.* Counsel for Plaintiff

1

declares that she contacted counsel for Defendant to ask whether she would stipulate to continuing the scheduling conference and that counsel for Defendant indicated Defendant takes no position at this time.  (Doc. 7-1 ¶ 12).

In light of the Plaintiff's representations, the Court will grant the motion and continue the initial scheduling conference.  Further, the Court will direct counsel for Plaintiff to forward a copy of this order to counsel for Defendant and file proof of service of same.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's *ex parte* motion to continue the initial scheduling conference (Doc. 7) is GRANTED;

2.  The scheduling conference set for June 10, 2026 (Doc. 2), is continued to **July 1, 2026, at 10:00 AM**;

3.  As previously directed (Doc. 2), the parties shall file a joint scheduling report at least one week prior to the conference; and

4.  Within seven (7) days of entry of this order, Plaintiff shall forward a copy of this order to counsel for Defendant and promptly file proof of service thereof.

IT IS SO ORDERED.

Dated:   **June 1, 2026**   _____

UNITED STATES MAGISTRATE JUDGE